150 A.3d 405

STATE OF NEW JERSEY, PLAINTIFF–CROSS–RESPONDENT, v. ISLAN E. EL-GHOUL, DEFENDANT–CROSS–PETITIONER.

July 11, 2016

To the Appellate Division, Superior Court:

A cross-petition for certification of the judgment in A–002713–12 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the cross-petition for certification is denied.